UNITED STATES DIST[RICT COURT]
FOR THE NORTHERN DIST[RICT OF ILLINOIS]

14cv9649
JUDGE FEINERMAN
MAG. JUDGE VALDEZ

Willie C. BANKS )
)
_____ )
)
_____ )  CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )  NO. _____
)
Chicago Teachers )
Pension Fund and )
Chicago Public Schools )
(Name of the defendant or defendants) CPS )

FILED

DEC X 2 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is __Willie C. BANKS__ of the county of __Cook__ in the state of __Illinois__.

3. The defendant is __Chicago Teachers Pension Fund__, whose street address is __203 North LaSalle Street, suite 2600__ (city) __Chicago__ (county) __Cook__ (state) __Illinois__ (ZIP) __60601__

(Defendant's telephone number) __(312)__ __641-4464__

4. The plaintiff sought employment or was employed by the defendant at (street address) __Chicago Public Schools (CPS)__ (city) __Chicago__ (county) __Cook__ (state) __Illinois__ (ZIP code) __60__

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☑ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) June, (day) 01, (year) 2014.

7.1   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about (month) June (day) 1 (year) 2014

   (ii) ☐ the Illinois Department of Human Rights, on or about (month) _____ (day) _____ (year) _____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) _____ (day) _____ (year) _____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) _11_ (day) _04_ (year) _2014_ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☑ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983). *yes ☑*

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): *I believe I have been discriminated against because of my race, Black, and color, Dark-skinned, in violation of the Title VII of the Civil Rights act of 1964, as amended. I also believe I have been discriminated against because of my age 69 (date of birth June 1, 1945) in violation of the Age Dis. act 1967*

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_See attached_

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ Direct the defendant to (specify): _I am requesting an_
    1) _injunction or a stay to refrain from taking monies from my monthly checks until due process of law is completed_
    2) _Repaying of Pension and Health Insurance subsidy in the amount of $17,110.93 Be Refunded for Dates month 13, 2014 – June 30, 2014_

| USM-285 | • This form is designed as a control document for process served by a U.S. Marshal.<br>• Complete all appropriate sections of the form.<br>• Submit a completed copy of the form for each defendant named in your complaint. | • You must provide an original for *each* defendant named in your complaint.<br>• If you are suing the federal government or federal agency, you need to provide two extra copies. |
|---|---|---|

No. 13.

1) CTPF targeted the black retired teachers for extortion to balance it billions of dollars in budget deficit owed to CTPF by the state of Illinois and Chicago Public Schools.

2) CTPF and CPS used the state code and law as a means of entrapment to extort the black, old retired teachers to extort their salaries to balance it budget.

3) Race discrimination is a continuous practice and policy by CPS and CTPF. First CPS close 50 schools in the "black community" of the Westside and Southside of Chicago all black communities.

4) The CPS systematically removed 90% of Black Teachers from Employment by CPS and replaced them with all white Teachers (Teachers for America).

5) CTPF denied me Due process of law.

_____

_____

_____

_____

(g) [✓] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees. *$100,000*

(h) [✓] Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*Willie C. Banks*

(Plaintiff's name)

*Willie C. BANKS*

(Plaintiff's street address)

*19024 Marylake Lake Lane*

_____

(City) *Country Club Hills* (State) *Illinois* (ZIP) *60478*

(Plaintiff's telephone number) (*773*) *368-7648*

Date: *11-28-2014*

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 440-2015-00424 |

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Willie Banks | Home Phone (Incl. Area Code)<br>(773) 368-7648 | Date of Birth<br>06-01-1945 |
|---|---|---|

Street Address: 19024 Marylake Lane, Country Club Hills, IL 60478

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>CHICAGO TEACHERS PENSION FUND | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(312) 641-4464 |
|---|---|---|

Street Address: 203 North LaSalle Street, Suite 2600, Chicago, IL 60601

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☒ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: — Latest: 06-01-2014
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

In or around June 1, 2014, Respondent informed me that $17,110.93 would be rescinded from Pension and Health Insurance for dates March 13, 2014, through June 30, 2014 as a result of the Illinois Pension Code rules and regulations regarding re-employment for Chicago Teacher Pension Fund retirees.

I believe I have been discriminated against because of my race, Black and color, Dark-Skinned, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe I have been discriminated against because of my age, 69, (date of birth June 1, 1945), in violation of the Age Discrimination in Employment Act of 1967, as amended.

*RECEIVED EEOC OCT 16 2014 CHICAGO DISTRICT OFFICE*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Oct 16, 2014
Charging Party Signature: *Willie C. Banks*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Willie Banks<br>19024 Marylake Lane<br>Country Club Hills, IL 60478 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2015-00424 | Shuwn Hayes,<br>Investigator | (312) 869-8036 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*/s/ John P. Rowe*      11/4/14

Enclosures(s)          John P. Rowe,<br>District Director        (Date Mailed)

cc:   Jay Rehak<br>Interim Executive Director<br>CHICAGO TEACHERS PENSION FUND<br>203 North Lasalle Street<br>Suite 2600<br>Chicago, IL 60601