IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE C. BANKS | ) | |
| | ) | |
| Plaintiff, | ) | 14cv9649 |
| | ) | |
| v. | ) | Judge Feinerman |
| | ) | |
| CHICAGO TEACHERS PENSION FUND and CHICAGO PUBLIC SCHOOLS CPS, | ) ) ) | Magistrate Judge Valdez |
| | ) | |
| Defendants, | ) | |

**BOARD OF EDUCATION OF THE CITY OF CHICAGO'S MOTION TO DISMISS ALL CLAIMS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES AND MOTION TO DISMISS "CHICAGO PUBLIC SCHOOLS CPS" AS AN IMPROPERLY NAMED PARTY**

Defendant Board of Education of the City of Chicago ("the Board"), by and through undersigned counsel of record, moves this Court to dismiss all claims for failure to exhaust administrative remedies pursuant to Rule 12(b)(6), and to dismiss "Chicago Public Schools CPS" as an improperly named party. In support thereof, Defendant Board submits as follows:

1. Plaintiff has filed suit against the Chicago Teacher's Pension Fund and the Chicago Public School CPS alleging race and color discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended by 42 U.S.C. §2000e *et seq.*, and 42 U.S.C. §§ 1981 and 1983, and age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. §623.

2. The docket entries do not reflect proper service on either defendant but the Board waived service in open court on February 4, 2015.

3. Dismissal of the complaint is proper based on Plaintiff having named "Chicago Public Schools CPS," a non-suable entity.

4. Dismiss of the complaint is proper because Plaintiff failed to exhaust administrative remedies.

5. The Board has separately filed a memorandum in support of this motion.

**WHEREFORE**, the Board respectfully requests that the Court grant this motion in its entirety and enter an order dismissing the complaint with prejudice.

    Respectfully submitted,

    JAMES L. BEBLEY,
    General Counsel

By:    s/Abbe M. Feitelberg
    Abbe M. Feitelberg
    Assistant General Counsel
    Board of Education of the City of Chicago –
    Law Department
    1 N. Dearborn, Suite 900
    Chicago, IL 60602
    (773) 553-1700

## CERTIFICATE OF SERVICE

I, Abbe M. Feitelberg, certify that on February 4, 2015 I electronically filed the foregoing **Motion to Dismiss "Chicago Public Schools CPS" as an Improperly Named Party and to Motion to Dismiss All Claims for Failure to Exhaust Administrative Remedies** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Willie C. Banks, *Pro Se*
19024 Marylake Lane
County Club Hills, IL 60478
E-mail: williecbanks15@yahoo.com

                                          s/ Abbe M. Feitelberg